## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUR MAHDI, | : |
| | : Civil No. 3:13-CV-1788 |
| Plaintiff | : |
| | : (Judge Caputo) |
| v. | : |
| | : (Magistrate Judge Carlson) |
| USP-CANAAN, et al., | : |
| | : |
| Defendants | : |

## ORDER

This is one of a number of related actions, in which federal inmates have sued the United States of America, alleging injuries stemming from the consumption of food contaminated with salmonella that was served at the United States Penitentiary, Canaan. We are overseeing coordinated pre-trial management of these cases. The plaintiff has moved to continue to stay litigation of his claim while he devotes his attention to other post-conviction litigation. (Doc. 50.) The Motion to Continue to Stay is GRANTED and all other litigation deadlines are STAYED. The parties shall file a statue report in this case, advising the Court regarding whether this stay may be lifted on or before **October 31, 2014.**

SO ORDERED this 5th day of September, 2014.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge