PJS:JJB:jmh

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ABDUR R. MAHDI,**
   **Plaintiff**

    **v.**

**UNITED STATES OF AMERICA, et. al**
   **Defendants**

**Civil No. 3:13-cv-01788**

**(Caputo, J.)**

**(Carlson, M.J.)**

**Filed Electronically**

## STATUS REPORT PURSUANT TO THE
## COURT'S SEPTEMBER 5, 2014 ORDER

The Court ordered the parties to file a status report by October 31, 2014 regarding whether the stay entered in this case on June 24, 2014 can be lifted. Defendant has inquired with the Bureau of Prisons and learned that on June 16, 2014, Mahdi was released from federal custody to the custody of his sentencing jurisdiction to attend court proceedings relative to a 2255 petition.  As of October 27, 2014, Mahdi had yet to be returned to the Federal Bureau of Prisons' custody. Defendant has no further information on the duration of Mahdi's writ or his location.

With regard to the procedural posture of this case, prior to the June 24, 2014 stay, Judge Caputo had remanded the Third Amended Complaint to Chief Magistrate Judge Carlson for screening.  At this point, Defendant does not believe

there is a viable complaint to which Defendant must respond nor have any

deadlines been established in this case.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ J. Justin Blewitt, Jr.
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
PA 01701
JOANNE M. HOFFMAN
Special Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108
Phone:  717-221-4482
Dated: October 30, 2014                         Fax: 717-221-2246
justin.blewitt@usdoj.gov

PJS:JJB:jmh

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ABDUR R. MAHDI,**
**Plaintiff**

**v.**

**UNITED STATES OF AMERICA, et. al**
**Defendants**

**Civil No. 3:13-cv-01788**

**(Caputo, J.)**

**(Carlson, M.J.)**

**Filed Electronically**

## CERTIFICATE OF INABILITY TO SERVE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on October 30, 2014, she was unable served a copy of the attached

### STATUS REPORT PURSUANT TO THE COURT'S SEPTEMBER 5, 2014 ORDER

Because Mahdi is not currently located at his previous institution and Defendant has no information on his current mailing address.

 /s/ Joanne M. Hoffman
JOANNE M. HOFFMAN
Spec. Assist. U.S. Attorney

3