# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDUR R. MAHDI,

    Plaintiff,

      v.

USP-CANAAN, et al.,

    Defendants.

CIVIL ACTION NO. 3:CV-13-1788

(JUDGE CAPUTO)

(MAGISTRATE JUDGE

CARLSON)

## ORDER

**NOW**, this _6th_ day of February, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 55) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 55) is **ADOPTED**.

    (2)    Plaintiff's Second Amended Complaint (Doc. 40) is **DISMISSED with prejudice**.

    (3)    The Clerk of Court is instructed to mark this case as **CLOSED**.

A. Richard Caputo
United States District Judge